**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7506**

_____

TERRANCE HENDERSON,

          Plaintiff - Appellant,

    v.

COMMONWEALTH OF VIRGINIA; S. POWERS; CORRECTIONAL OFFICER RAMEY;
G. BAILEY; J. CRABTREE; CORRECTIONAL OFFICER WELCH; B. HUBBARD;
SERGEANT O'QUINN; SERGEANT DEEL; DOCTOR TATRO; LIEUTENANT ROSE;
TRACEY S. RAY; J. RASNICK; B. COX; A. BARTEE; C.P.S. KISER;
CAPTAIN TAYLOR; K. CHRIS; L. MULLINS; T. MCCOY; J. DEEL; L.
YATES; DOCTOR OHAI; NURSE SUTHERLAND; OFFICER GENTRY; OFFICER
STANLEY; K. MCCOY, Captain; J. MULLINS, Correctional Officer;
FRED SCHILLING, Health Administrator,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.
(7:06-cv-408-GEC-MFU)

_____

Submitted:  March 6, 2008         Decided:  April 7, 2008

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

Terrance Henderson, Appellant Pro Se.  William W. Muse, Assistant Attorney General, Richmond, Virginia; Susan A. Waddell, GUYNN, MEMMER & DILLON, P.C., Salem, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Henderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Henderson v. Virginia, No. 7:06-cv-408-GEC-MFU (W.D. Va. Sept. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED